# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

United States of America )
v. )
) Case No.: 1:13mj 633
Mohammad Sabir )
)
)
)
_____
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __8/12/10, 7/19/11, and 10/16/12__ in the county of __Kings & the county of Queens__ in the __Eastern__ District of __NY, & in the E.D. of VA__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. sections 1001 | False Statements Material to an Investigation in the Eastern District of Virginia |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Assistant United States Attorney Gordon D. Kromberg

_____
*Complainant's signature*

_____
*Printed name and title*
Sarah Webb Linden / Special Agent
Theresa Carroll Buchanan
United States Magistrate Judge

Sworn to before me and signed in my presence.

_____
*Judge's signature*

Date: __10/18/2013__

City and state: __Alexandria, Virginia__

Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*