JS 45 (01/2008)                    **FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002**

## Criminal Case Cover Sheet                                                  U.S. District Court

**Place of Offense:**          Under Seal: Yes X  No ____     Judge Assigned: _____O'Grady_____
City   Brooklyn, NY            Superseding Indictment _____  Criminal Number: _____
County/Parish  Kings           Same Defendant _____  New Defendant _____
                               Magistrate Judge Case Number _____ Arraignment Date: _____
                               Search Warrant Case Number _____
                               R 20/R 40 from District of _____
                               Related Case Name and No:   US v. Fai  1:11cr561, also US v. Akif, 1:13mj 632
**Defendant Information:**                                    also US v. Razaq, 1:13mj 634
Juvenile – Yes ___ No X  FBI # _____
Defendant Name: Mohammad Sabir         Alias Name(s) _____
Address: Glenwood Road, Brooklyn, NY _____
**Employme** _____
Birth date __/44__  SS# _____4839  Sex M Def Race ____  Nationality ____  Place of Birth Pakistan
Height _____ Weight ____ Hair _____ Eyes _____  Scars/Tattoos _____
     Interpreter: X No ___ Yes  List language and/or dialect: _____ Automobile Description ____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody     ___ On Pretrial Release    ___ Not in Custody
 X  Arrest Warrant Requested     ___ Fugitive               ___ Summons Requested
___ Arrest Warrant Pending       ___ Detention Sought       ___ Bond _____

**Defense Counsel Information:**
Name: _____  ___ Court Appointed   Counsel conflicted out: ___ Nina Ginsberg_____
Address: _____  ___ Retained          _____
Telephone: _____  ___ Public Defender   Federal Public Defender's Office conflicted out: no

**U.S. Attorney Information:**
AUSA   Gordon D. Kromberg   Telephone No:  703-299-3721   Bar # 33676

**Complainant Agency, Address & Phone Number or Person & Title:**
FBI, 601 4th Street, NW, Washington, D.C.  Special Agent Sarah Webb Linden, 202.233.1217

**U.S.C. Citations:**

|       | Code/Section        | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|---------------------|--------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C.§ 1001     | False Statements               | 1        |                           |
| Set 2 |                     |                                |          |                           |
| Set 3 |                     |                                |          |                           |

(May be continued on reverse)

Date:  __10/18/13__  Signature of AUSA: _____