FILED
IN OPEN COURT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | ) | |
|---|---|---|
| IN RE: INDICTMENT | ) | No. 1:13cr 427 |
| | ) | |
| | ) | |

## MOTION TO SEAL INDICTMENT

Pursuant to Local Rule 49(B) of this Court's Local Criminal Rules, the United States asks for an Order to seal the indictment in this case until the defendant is arrested.

Disclosure of the indictment before the defendant is arrested may cause the defendant to abscond and/or evidence to be destroyed. Such sealing is within the discretion of this Court and may be granted "for any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986). *See Media General Operations, Inc. v. Buchanan*, 417 F.3d 424, 430-31 (4th Cir. 2005) (sealing warrant applications is appropriate where there is a substantial probability that release of the sealed documents would compromise the government's on-going investigation).

Pursuant to Local Rule 49(B)(3), the indictment should remain sealed until the defendant is arrested, at which time the indictment should be unsealed without further action of the Court.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney