IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

**UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | Case No.: 1:13cr427 |
| v. | ) | |
| | ) | |
| MOHAMMAD SABIR | ) | |

ORDER TO UNSEAL

WHEREAS, on October 18, 2013, this Court sealed the criminal complaint and the arrest warrant in this case, and on November 7, 2013, sealed the indictment in this case, all upon showings by the United States that sealing was necessary to protect an ongoing investigation;

WHEREAS, the United States has now moved to unseal those documents on the grounds that the values furthered by maintaining them under seal are outweighed by the values furthered by unsealing them;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that the criminal complaint, indictment, arrest warrant, motions to seal, and the orders to seal - - as well as the government's motion to unseal and this Order to Unseal - - be and hereby are unsealed.

Date: May 8, 2015
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge

I ask for this:

Gordon D. Kromberg
Assistant United States Attorney